**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW D. HARNEY,

    Plaintiff,

v.

RODNEY G. KARR, Commissioner of Social Security

    Defendant.

No. C 09-05548 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On November 23, 2009, Plaintiff, proceeding *pro se*, filed this action seeking review of a decision of the Commissioner of the Social Security Administration. On April 22, 2010, Defendant filed a motion to dismiss. To date, Plaintiff has not filed an opposition to Defendant's motion.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why his case should not be dismissed (1) on the grounds that she has failed to properly prosecute this matter; and (2) on the grounds raised by the Defendants' motion to dismiss. Plaintiff shall file a written response to this Order and serve it on Defendant by no later than August 11, 2010. Plaintiff is further advised that failure to respond to this Order and to properly prosecute his case may result in sanctions, including dismissal of his case.

**IT IS SO ORDERED.**

Dated: July 21, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW D. HARNEY,

    Plaintiff,

  v.

RODNEY G. KARR et al,

    Defendant.

Case Number: CV09-05548 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew D. Harney
290 Divisadero Street
San Francisco, CA 94117

Dated: July 21, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk